IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

In re POZEN                    )   MASTER FILE NO. 1:04CV00505
SECURITIES LITIGATION          )   CLASS ACTION

O R D E R

BULLOCK, District Judge

For the reasons set forth in the memorandum opinion filed contemporaneously herewith,

IT IS ORDERED that Defendants' motion [Doc. #32] to dismiss for failure to state a claim under the Private Securities Litigation Reform Act (PSLRA) is **DENIED**.

/s/ Frank W. Bullock, Jr.
United States District Judge

August 30, 2005